EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 4 2002

at 11 o'clock and 15 min. 9 M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 02-00161 HG |
| Plaintiff, | INDICTMENT |
| vs. | 42 U.S.C. §§ 408(a)(4); 408(a)(5) |
| ANNA MARIE FREEDE, | |
| Defendant. | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

From on or about August 3, 2000, to on or about September 2001, within the District of Hawaii, ANNA MARIE FREEDE, having knowledge of the occurrence of an event affecting her continued right to receive Social Security insurance disability auxiliary benefit payments which were subsequently converted to

survivors benefit payments for the use and benefit of her minor children on whose behalf she was receiving payments, knowingly and willfully concealed and failed to disclose such event with the intent to fraudulently secure payment when no payment was authorized to her.

In violation of Title 42 United States Code, Section 408(a)(4).

## COUNT 2

The Grand Jury further charges that:

From on or about August 3, 2000, to in or about September 2001, within the District of Hawaii, ANNA MARIE FREEDE, having made application to receive Social Security insurance disability auxiliary benefit payments which were subsequently converted to survivors benefit payments for the use and benefit of her minor children and having received such payments, knowingly and willfully converted such payments, and any part thereof, to a use other than for the use and benefit of her minor children.

2

In violation of Title 42 United States Code, Section 408(a)(5).

DATED: 4/24, 2002 at Honolulu, Hawaii.

A TRUE BILL.

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney

United States v. Anna Marie Freede,
"Indictment"

3