PROB 34
(1/92)

ORIGINAL

Report and Order Terminating Probation/ Supervised Release

## United States District Court
### FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 18 2007

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                              Criminal No. 02-00161HG-01

ANNA MARIE FREEDE

It appearing that the period of probation expired on 11/24/2007, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

_____
SYDNEY L. FLEMING
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 17th day of December, 2007.

_____
HELEN GILLMOR
Chief U.S. District Judge